Albert C. **KAFKA, Petitioner and Appellant,**

v.

**STATE of South Dakota, Respondent.**

No. 12703.

Supreme Court of South Dakota.

Considered on Briefs Nov. 16, 1979.

Decided May 7, 1980.

John P. Abbott, Brandon, for petitioner and appellant.

Lori Wilbur, Asst. Atty. Gen., Pierre, for respondent; Mark V. Meierhenry, Atty. Gen., Pierre, on the brief.

---

PER CURIAM.

In this appeal from the dismissal of his petition for post-conviction relief, Albert Kafka attacks the constitutionality of two jury instructions used in his trial for third-degree burglary.* The instructions that he complains of are identical to those decided today # 12704, *Rauscher v. State*, 292 N.W.2d 106 (S.D.1980). Like *Rauscher*, Kafka did not object to the instructions at any time prior to the post-conviction proceedings. For the reasons set out in *Rauscher*, supra, the order of the trial court is affirmed.

* *State v. Kafka*, 264 N.W.2d 702 (S.D.1978).